1  Michael W. Barrett, City Attorney (SBN 155968)
Kelly J. Trujillo, Assistant City Attorney (SBN 244286)
2  NAPA CITY ATTORNEY'S OFFICE
CITY OF NAPA
3  P.O. BOX 660
NAPA, CA 94559
4  Telephone:  (707) 257-9531
5  Facsimile:  (707) 257-9274
Email: ktrujillo@cityofnapa.org
6

7  Gregory M. Fox, (SBN 070876)            Tim Allen Pori, (SBN 189270)
Thomas Ly, (SBN 333883)                 LAW OFFICE OF TIM A. PORI
8  BERTRAND, FOX, ELLIOT, OSMAN & WENZEL   724 Texas Street
2749 Hyde Street                        Fairfield, CA 94533
9  San Francisco, California 94109         Telephone: (707) 644-4004
Telephone: (415) 353-0999               Email: tpori1@gmail.com
10  Facsimile:  (415) 353-0990
11  Email:      gfox@bfesf.com            Attorneys for Plaintiffs
            tly@bfesf.com               TERRI VELLENOWETH, GARY
12                                         VELLENOWETH, SR, ESTATE OF
Attorneys for Defendants                JEREMY JAMES VELLENOWETH
13  CITY OF NAPA, NAPA POLICE DEPARTMENT,
DOMINIC DEGUILIO
14

15                      UNITED STATES DISTRICT COURT
16                     NORTHERN DISTRICT OF CALIFORNIA
17
TERRI VELLENOWETH, et al.,
18                                              Case No. 3:22-cv-05779-RS
        Plaintiff,
19                                              **STIPULATION AND ORDER CONTINUING
v.                                          CMC AND RELATED RULE 26 DISCLOSURE
20                                              DATES**
CITY OF NAPA, et al.,
21       Defendants.
22
23                                              **Hon. Richard Seeborg**
24

25        The parties, acting by and through their attorneys of record,  respectfully request and stipulate for
26  an Order continuing the January 12, 2023 CMC to February 9, 2023 (joint status conference statement
27  due February 2, 2023) and at the continued CMC on February 9, 2023 the parties discuss with the court
28  what would be the appropriate Rule 26 (a)(1) disclosure dates (witnesses and documents) given the

1

1   special circumstances of this case.  Good cause for the Order is provided as follows:

2         This lawsuit is based on a Napa Police Department officer involved fatal police shooting that

3   occurred on October 6, 2021.

4         The complaint was filed October 5, 2022. The defendants' motion to dismiss was filed November

5   10, 2022 with a hearing date January 5, 2023.

6         Commencing on October 6, 2021 and continuing to the present day the Napa County District

7   Attorney and the Napa County Sheriff's Office are conducting a joint confidential investigation of this

8   incident including witness interviews, the autopsy and a forensic examination of all the evidence.

9         The parties are informed that the District Attorney may announce in January, 2023 the results of

10   that confidential investigation and her legal decision regarding the use of deadly force by the subject

11   officer who is a defendant in this action.

12         The parties are informed and believe that following the District Attorney's decision the relevant

13   investigation file will become accessible to the parties by subpoena or other procedures.

14         Until that release of information the parties themselves have minimal information to prepare their

15   positions on liability and damages. The parties need the relevant investigation file prepared by the Napa

16   District Attorney and Napa Sheriff.

17         The parties also assume the Court's decision on defendants' motion to dismiss may result in

18   plaintiffs filing an amended complaint.

19         For all of these reasons the parties need additional time before they will be in a position to fully

20   comply with the disclosure requirements of FRCP 26 (a)(1)  and request both the January 12, 2023 CMC

21   be continued until February 9, 2023; and, at the new CMC, the Court schedule discovery including a new

22   date for Rule 26 (a)(1) disclosures.

23

24

25

26

27

28

STIPULATION AND  ORDER CONTINUING CMC AND RELATED RULE 26 DISCLOSURE DATES *Vellenoweth, et al. v. City of Napa, et al.* | Case No.: 3:22-cv-05779-RS

1

Dated:  December 15, 2022                           LAW OFFICES OF TIM A. PORI

2

3

                                                         By: _____ /s/ *Tim Allen Pori*
4
                                                                   Tim Allen Pori
                                                                   Attorneys for Plaintiffs
5                                                                   TERRI VELLENOWETH, GARY
                                                                   VELLENOWETH, SR, ESTATE OF
6                                                                   JEREMY JAMES VELLENOWETH

7

8

9

Dated:  December 15, 2022                           BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
10

11

12                                                       By: _____ /s/ *Greg Fox*
                                                                   Gregory M. Fox
13                                                                   Thomas Ly
                                                                   Attorneys for Defendants
14                                                                   CITY OF NAPA, NAPA POLICE
                                                                   DEPARTMENT, DOMINIC DEGUILIO
15

16

17

## ATTORNEY ATTESTATION
18

19          I hereby attest that I have on file all holograph signatures for any signatures indicated by a

20   conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show

     their signature on this document as /s/. Counsel has also approved as to the form and content of this
21
     document.
22

23

     Dated:  December 15, 2022                      By: _____ /s/ *Greg Fox*
24                                                             Gregory M. Fox

25

26

27

28

STIPULATION AND ORDER CONTINUING CMC AND RELATED RULE 26 DISCLOSURE DATES *Vellenoweth, et al. v. City of Napa, et al.* | Case No.: 3:22-cv-05779-RS

1

**ORDER**

2          Good cause appearing, and pursuant to the parties' stipulation, it is SO Ordered: the January 12,

3    2023 CMC is continued until February 9, 2023 with a joint status conference statement due February 2,

4    2023.  The schedule for Rule 26 (a)(1) disclosures to be discussed at the CMC.

5

6          **IT IS SO ORDERED.**

7

8    DATED:  December 16, 2022

9                                                                    Richard Seeborg
                                                                      Chief District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1